# EXHIBIT G

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| ALPINE SECURITIES CORPORATION; and SCOTTSDALE CAPITAL ADVISORS CORPORATION,<br><br>           Plaintiffs,<br><br>vs.<br><br>RANDALL JONES; VISION FINANCIAL MARKETS, LLC; HOWARD ROTHMAN; DAVID JARVIS; JARVIS LAW GROUP PLLC; STEVEN GRIBBEN; GRIBBEN & ASSOCIATES, INC.; ATLAS FINTECH HOLDINGS CORP.; JOHN SCHIABLE; KOONCE SECURITIES, LLC and FRANKLIN SCOTT KOONCE<br><br>           Defendants. | Case No.<br><br>December 1, 2020 |

### DECLARATION OF DAVID JARVIS

I, David Jarvis, declare as follows:

1. I am over the age of 18 and believe in the obligation of an oath.

2. I have personal knowledge of all facts stated in this declaration.

3. I am a resident and citizen of Michigan.

4. I am the founder and sole member of the Jarvis Law Group, PLLC, a professional limited liability company formed under the laws of Michigan.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
David Jarvis

Executed on December 30, 2020.