# EXHIBIT H

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

ALPINE SECURITIES CORPORATION; and )
SCOTTSDALE CAPITAL ADVISORS )
CORPORATION, ) Case No.
 )
                Plaintiffs, ) December 1, 2020
 )
vs. )
 )
RANDALL JONES; VISION FINANCIAL )
MARKETS, LLC; HOWARD ROTHMAN; )
DAVID JARVIS; JARVIS LAW GROUP )
PLLC; STEVEN GRIBBEN; GRIBBEN & )
ASSOCIATES, INC.; ATLAS FINTECH )
HOLDINGS CORP.; JOHN SCHIABLE; )
KOONCE SECURITIES, LLC and FRANKLIN )
SCOTT KOONCE )
                Defendants. )

**DECLARATION OF STEVEN GRIBBEN**

I, Steven Gribben, declare as follows:

1. I am over the age of 18 and believe in the obligation of an oath.

2. I have personal knowledge of all facts stated in this declaration.

3. I am aware that Alpine Securities Corporation and Scottsdale Capital Advisors Corporation have filed a lawsuit in the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida (Case No. 20-CA-8749 DIV A) in which Gribben & Associates, Inc. and I have been named as defendants.

4. I founded Gribben & Associates, Inc. as a professional corporation under the laws of California in 2003, and was its sole shareholder. Gribben & Associates, Inc. has ceased to be

registered as a law corporation with the State Bar of California, and I sold the company earlier this year.

5. I am aware that certain defendants in the lawsuit (Randall Jones, Vision Financial Markets, LLC, Howard Rothman, David Jarvis and Jarvis Law Group PLLC) have filed or intend to file a Notice of Removal to remove the case to the United States District Court for the Middle District of Florida.

6. Without waiving any claims or defenses that I may have, including but not limited to that I have not been properly served with process, I consent to the removal of this case to the United States District Court for the Middle District of Florida, to the extent that my consent is needed for removal under 28 U.S. Code § 1446(b)(2).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on  12/1/            , 2020.

_____
Steven Gribben