UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALPINE SECURITIES CORPORATION;
and SCOTTSDALE CAPITAL ADVISORS
CORPORATION,                                                      CASE NO.:  8:20-cv-2831-JSM-JSS

    Plaintiffs,

vs.

RANDALL JONES; VISION FINANCIAL
MARKETS, LLC; HOWARD ROTHMAN;
DAVID JARVIS; JARVIS LAW GROUP
PLLC; STEVEN GRIBBEN; GRIBBEN &
ASSOCIATES, INC.; ATLAS FINTECH
HOLDINGS CORP.; JOHN SCHIABLE;
KOONCE SECURITIES, LLC; and
FRANKLIN SCOTT KOONCE;

    Defendants.
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS[1]

In accordance with Local Rule 1.04(d), I certify that the instant action:

__x__ IS      related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

- *Cayman Securities Clearing and Trading LTD; The Hurry Family Revocable Trust; Scottsdale Capital Advisors Corporation; Alpine Securities Corporation v. Christopher Frankel*; Case Number: 8:18-cv-02869 in the Middle District of Florida, Tampa Division

- *Alpine Securities Corporation and Scottsdale Capital Advisors Corporation v. Randy Jones; Vision Financial Markets, LLC; and Howard Rothman*; Case Number: 3:19-cv-01425 in the U.S. District Court for the District of Connecticut

____ IS NOT      related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

---

[1] This Notice is filed pursuant to the Court's December 2, 2020 Order [Doc. 7] with full reservation of all rights regarding and objections to the Court's subject matter jurisdiction.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

        /s/ Shane B. Vogt
        Kenneth G. Turkel
        Florida Bar No. 867233
        E-mail:  kturkel@bajocuva.com
        Shane B. Vogt
        Florida Bar No. 257620
        E-mail:  svogt@bajocuva.com
        BAJO | CUVA | COHEN | TURKEL
        100 North Tampa Street, Suite 1900
        Tampa, Florida 33602
        Tel:  (813) 443-2199
        Fax: (813) 443-2193
        *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 15, 2020, the foregoing document was filed with the Court's CM/ECF system, which will send electronic notice to all counsel of record.

        /s/ Shane B. Vogt
        Attorney