UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALPINE SECURITIES CORP.; and SCOTTSDALE CAPITAL ADVISORS CORP.,

    Plaintiffs,

vs.

RANDALL JONES; VISION FINANCIAL MARKETS, LLC; HOWARD ROTHMAN; DAVID JARVIS; JARVIS LAW GROUP, PLLC; STEVEN GRIBBEN; GRIBBEN & ASSOCIATES, INC.; ATLAS FINTECH HOLDINGS CORP.; JOHN SCHIABLE; KOONCE SECURITIES, LLC; and FRANKLIN SCOTT KOONCE,

    Defendants.

Case No.: 8:20-cv-2831-JSM-JSS

**DEFENDANTS RANDALL JONES'S, VISION FINANCIAL MARKETS, LLC'S, HOWARD ROTHMAN'S, DAVID JARVIS'S, AND JARVIS LAW GROUP, PLLC'S INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Defendants Randall Jones, Vision Financial Markets, LLC, Howard Rothman, David Jarvis, and Jarvis Law Group, PLLC ("**Vision Defendants**") hereby jointly disclose the following pursuant to this Court's interested persons order:

1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

- Alpine Securities Corp., Plaintiff;
- Scottsdale Capital Advisors Corp., Plaintiff;
- Randall Jones, Defendant;

- Vision Financial Markets, LLC, Defendant;

- Howard Rothman, Defendant;

- David Jarvis, Defendant;

- Jarvis Law Group, PLLC, Defendant;

- Steven Gribben, Defendant;

- Gribben & Associates, Inc., Defendant;

- Atlas Fintech Holdings Corp., Defendant;

- John Schaible, Defendant;

- Koonce Securities, LLC, Defendant;

- Franklin Scott Koonce, Defendant;

- Bajo Cuva Cohen Turkel, PA, counsel for Plaintiffs;

- Kenneth G. Turkel, Esq., counsel for Plaintiffs;

- Shane B. Vogt, Esq., counsel for Plaintiffs;

- Wiggin and Dana, LLP, counsel for Vision Defendants;

- Jenny R. Chou, Esq., counsel for Vision Defendants;

- Gunster, Yoakley & Stewart, PA, counsel for Vision Defendants;

- William J. Schifino, Jr., Esq., counsel for Vision Defendants;

- John A. Schifino, Esq., counsel for Vision Defendants;

- Ryan L. Hedstrom, Esq., counsel for Vision Defendants;

- Fee & Jeffries, PA, counsel for Defendants Atlas Fintech Holdings Corp. and John Schaible;

- Richard E. Fee, Esq., counsel for Defendants Atlas Fintech Holdings Corp. and John Schaible; and

- Kathleen M. Wade, Esq., counsel for Defendants Atlas Fintech Holdings Corp. and John Schaible.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

- None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

- None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

- Alpine Securities Corp., Plaintiff; and
- Scottsdale Capital Advisors Corp., Plaintiff.

Vision Defendants are unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: December 16, 2020

Respectfully submitted,

*s/ Ryan L. Hedstrom*
William J. Schifino, Jr., Esq.
Florida Bar No.: 564338
John A. Schifino, Esq.
Florida Bar No.: 72321
Ryan L. Hedstrom, Esq.
Florida Bar No.: 124724
**GUNSTER**
401 E. Jackson Street, Suite 2500
Tampa, Florida 33602
Tel:   (813) 228-9080
Fax:   (813) 228-6739

3

>wschifino@gunster.com
>jschifino@gunster.com
>rhedstrom@gusnter.com
>kkovach@gunster.com
>csanders@gunster.com
>
>Jenny R. Chou, Esq.
>Connecticut Juris No.:  429921
>Admitted *pro hac vice*
>**WIGGIN AND DANA**
>One Century Tower
>265 Church Street
>New Haven, Connecticut 06510
>Tel:    (203) 498-4400
>Fax:    (203) 782-2889
>jchou@wiggin.com
>
>***Counsel for Defendants Randall Jones, Vision Financial Markets, LLC, Howard Rothman, David Jarvis, and Jarvis Law Group, PLLC***

5

## **CERTIFICATE OF SERVICE**

I certify that on December 16, 2020 a true and accurate copy of the foregoing was filed with the Court via CM/ECF, which will send a notice of electronic filing to all counsel of record.

*s/ Ryan L. Hedstrom*
Ryan L. Hedstrom, Esq.

ACTIVE 12786887.1