**EXHIBIT "A"**

12/8/2020

## ALPINE SECURITIES CORPORATION
(ALPINE SECURITIES CORPORATION)

### CRD#: 14952/SEC#: 8-31464

 Brokerage Firm *Regulated by* **FINRA** *(Denver district office)*

### MAIN ADDRESS
39 EXCHANGE PLACE
SALT LAKE CITY, UT 84111 UNITED STATES

Relationship Summary

| 44 Disclosures » | Approved 04/17/1984 SEC Registration Status » |
|---|---|
| Corporation Company Type » | SEC 5 Self-Regulatory Orgs 49 U.S. States & Territories » |

## Disclosures

**44** Total Disclosures

| | |
|---|---|
| Regulatory Event | 42 |
| Civil Event | 1 |
| Arbitration | 1 |

For details of these disclosures refer to the Detailed Report.

## General Information

Main Office Location        39 EXCHANGE PLACE
                            SALT LAKE CITY, UT 84111 UNITED STATES

|  |  |
|---|---|
| Mailing Address | 39 EXCHANGE PLACE<br>SALT LAKE CITY, UT 84111 UNITED STATES |
| Phone | 801 320-1313 |
| Established in | Utah since 01/11/1984 |
| Type | Corporation |
| Fiscal Year End | September |

## Direct Owners and Executive Officers

SCA CLEARING LLC
SOLE SHAREHOLDER

BRANT, DAVID ROBERT (CRD#:2718478)
CFO/FINOP

DOUBEK, CHRISTOPHER ROBERT (CRD#:1705718)
CEO, CCO

WALSH, JOSEPH PATRICK (CRD#:1519958)
COO

## Licenses

### 49 U.S. States and Territories

| | |
|---|---|
| B — Alaska | B — Nebraska |
| B — Arizona | B — Nevada |
| B — Arkansas | B — New Jersey |
| B — California | B — New Mexico |
| B — Colorado | B — New York |

| | | | |
|---|---|---|---|
| Ⓑ | Delaware | Ⓑ | North Carolina |
| Ⓑ | District of Columbia | Ⓑ | North Dakota |
| Ⓑ | Florida | Ⓑ | Ohio |
| Ⓑ | Georgia | Ⓑ | Oklahoma |
| Ⓑ | Hawaii | Ⓑ | Oregon |
| Ⓑ | Idaho | Ⓑ | Pennsylvania |
| Ⓑ | Illinois | Ⓑ | Puerto Rico |
| Ⓑ | Indiana | Ⓑ | Rhode Island |
| Ⓑ | Iowa | Ⓑ | South Carolina |
| Ⓑ | Kansas | Ⓑ | South Dakota |
| Ⓑ | Kentucky | Ⓑ | Tennessee |
| Ⓑ | Louisiana | Ⓑ | Texas |
| Ⓑ | Maine | Ⓑ | Utah |
| Ⓑ | Maryland | Ⓑ | Vermont |
| Ⓑ | Massachusetts | Ⓑ | Virginia |
| Ⓑ | Michigan | Ⓑ | Washington |
| Ⓑ | Minnesota | Ⓑ | West Virginia |
| Ⓑ | Mississippi | Ⓑ | Wisconsin |
| Ⓑ | Missouri | Ⓑ | Wyoming |
| Ⓑ | Montana | | |

12/8/2020

### Other Registrations

### Federal

- SEC

### Self-Regulatory Organizations

- FINRA

- And 4 others. See **Detailed Report.**

This firm conducts 8 types of business

This firm is affiliated with financial and investment institutions

This firm does not have referral or financial arrangements with other brokers or dealers

---

**Additional Information**

The content of this summary, and the available detailed report, is governed by FINRA Rule 8312, and is primarily based on information filed on uniform registration forms. Rule 8312, amendments to the rule and notices related to U.S. Securities and Exchange Commission approval orders, can be viewed here.

State regulators are governed by their public records laws (not FINRA Rule 8312), and may provide information not in BrokerCheck, including information no longer required to be reported or updated on uniform registration forms due, for example, to its age or final disposition. You may contact your state regulator to request this additional information.

Click here for more information about how to check on an investment professional.

---

 Broker

A brokerage firm, also called a broker-dealer, is in the business of buying and selling securities – stocks, bonds, mutual funds, and certain other investment products – on behalf of its customer (as broker), for its own bank (dealer), or both.
Individuals who work for broker-dealers - the sales personnel are commonly referred to as brokers.

 Investment Adviser

An investment adviser is paid for providing advice about securities to clients. In addition, some investment advisers manage investment portfolios and offer financial planning services.
It is common for a financial professional to act as both a broker and an investment adviser. Because of this, we include investment advisers on BrokerCheck, and provide links to the SEC's Investment Adviser Public Disclosure (IAPD) website so you can research further.

 Public Disclosure (IAPD) website so you can research further.

 Previously Registered

A Previously Registered broker or brokerage firm is not currently licensed to act as a broker (buying and selling securities on behalf of customers) or as an investment adviser (providing advice about securities to clients). They may still be able to offer other investment-related services if properly licensed to do so. Click here to learn more.

Disclosures

Disclosures can be customer complaints or arbitrations, regulatory actions, employment terminations, bankruptcy filings and certain civil or criminal proceedings that they were a part of.

Use of the BrokerCheck site is subject to
BrokerCheck Terms of Use



Privacy | Legal

©2020 FINRA, All Rights Reserved

FINRA is a registered trademark of the Financial Industry Regulatory Authority, Inc.