# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ALPINE SECURITIES CORPORATION; and
SCOTTSDALE CAPITAL ADVISORS,
CORPORATION,

    Plaintiffs,

vs.

Case No. 8:20-cv-2831-JSM-JSS

RANDALL JONES; VISION FINANCIAL MARKETS, LLC; HOWARD ROTHMAN; DAVID JARVIS; JARVIS LAW GROUP PLLC; STEVEN GRIBBEN; GRIBBEN & ASSOCIATES, INC.; ATLAS FINTECH HOLDINGS CORP.; JOHN SCHIABLE; KOONCE SECURITIES, LLC; and FRANKLIN SCOTT KOONCE

    Defendants.

_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

__X__ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

> *Alpine Securities Corporation; and Scottsdale Capital Advisors Corporation v. Randall Jones; Vision Financial Markets, LLC; Howard Rothman; David Jarvis; Jarvis Law Group PLLC; Steven Gribben; Gribben & Associates Inc.; Atlas Fintech Holdings Corp.; John Schiable; Koonce Securities, LLC; and Franklin Scott Koonce,* pending in the Circuit Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, Case No. 20-CA-8749

_____ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

                        *s/ Ali V. Mirghahari*
                        Mahlon H. Barlow
                        Florida Bar No. 871117
                        mbarlow@sbwlegal.com
                        mhbassistant@sbwlegal.com
                        Ali V. Mirghahari
                        Florida Bar No. 1003493
                        amirghahari@sbwlegal.com
                        avmassistant@sbwlegal.com
                        SIVYER BARLOW & WATSON, P.A.
                        401 East Jackson Street, Suite 2225
                        Tampa, Florida 33602
                        Telephone:  (813) 221-4242
                        Facsimile:  (813) 227-8598
                        *Counsel for Defendants Koonce Securities, LLC and Franklin Scott Koonce*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 30, 2020, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

                        *s/ Ali V. Mirghahari*
                        Attorney