# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ALPINE SECURITIES CORPORATION
and SCOTTSDALE CAPITAL
ADVISORS CORPORATION,

    Plaintiffs,

v.                                             Case No: 8:20-cv-2831-T-30JSS

RANDALL JONES, VISION
FINANCIAL MARKETS, LLC,
HOWARD ROTHMAN, DAVID
JARVIS, JARVIS LAW GROUP PLLC,
STEVEN GRIBBEN, GRIBBEN &
ASSOCIATES, INC., ATLAS FINTECH
HOLDINGS CORP, JOHN SCHIABLE,
KOONCE SECURITIES LLC and
FRANKLIN SCOTT KOONCE,

    Defendants.

## **ORDER**

THIS CAUSE comes before the Court upon Defendants Randall Jones's, Vision Financial Markets, LLC's, Howard Rothman's, David Jarvis's, and Jarvis Law Group, PLLC's Motion to Compel Arbitration, or, in the Alternative to Sever and Transfer Under 28 U.S.C. § 1404 (Dkt. 10), Defendants Koonce Securities, LLC and Franklin Scott Koonce's Motion to Compel Arbitration (Dkt. 16), and the Joint Unopposed Motion to Stay Proceedings Pending Arbitration (Dkt. 26). Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1. The Motions to Compel Arbitration (Dkts. 10 and 16) are granted.

2. The Joint Unopposed Motion to Stay Proceedings Pending Arbitration as to the Vision Defendants and the Koonce Defendants (Dkt. 26) is granted. This action as to the Vision Defendants and the Koonce Defendants is stayed pending FINRA arbitration of all of Plaintiffs' claims against them. Plaintiffs are directed to initiate said FINRA arbitration proceeding on or before February 19, 2020.

3. This action remains pending as to to Plaintiffs' claims against Defendants Steven Gribben, Gribben & Associates, Inc., Atlas Fintech Holdings Corp., and John Schiable.

**DONE** and **ORDERED** in Tampa, Florida, this 1st day of February, 2021.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record