UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALPINE SECURITIES CORPORATION
and SCOTTSDALE CAPITAL
ADVISORS CORPORATION,

    Plaintiffs,

v.                                                    Case No: 8:20-cv-2831-JSM-JSS

RANDALL JONES, VISION
FINANCIAL MARKETS, LLC,
HOWARD ROTHMAN, DAVID
JARVIS, JARVIS LAW GROUP PLLC,
STEVEN GRIBBEN, GRIBBEN &
ASSOCIATES, INC., ATLAS FINTECH
HOLDINGS CORP, JOHN SCHIABLE,
KOONCE SECURITIES LLC and
FRANKLIN SCOTT KOONCE,

    Defendants.

_____

## ORDER TO SHOW CAUSE

THIS CAUSE comes before the Court *sua sponte*. A Case Management and Scheduling Order (Dkt. 29) was entered on February 12, 2021, directing Plaintiffs and Defendants Steven Gribben, Gribben & Associates, Inc., Atlas Fintech Holdings Corp., and John Schiable to conduct mediation by June 24, 2022. The parties selected Robert M. Daisley as mediator in the Case Management Report (Dkt. 28). A review of the file indicates that neither a Mediation Notice nor a Mediation Report has not been filed in the Court file.

Accordingly, it is ORDERED AND ADJUDGED that the parties shall **within seven (7) days** from the date of this Order **show cause, in writing**, why the parties have failed to comply with this Court's Order.

**DONE** and **ORDERED** this 15th day of July, 2022, at Tampa, Florida.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record