**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ALPINE SECURITIES CORP.; and
SCOTTSDALE CAPITAL ADVISORS
CORP.,

        Case No: 8:20-cv-2831-T-30JSS

        Plaintiffs,

v.

RANDALL JONES; VISION FINANCIAL
MARKETS, LLC; HOWARD ROTHMAN;
DAVID JARVIS; JARVIS LAW GROUP
PLLC; STEVEN GRIBBEN; GRIBBEN &
ASSOCIATES, INC.; ATLAS FINTECH
HOLDINGS CORP.; JOHN SCHAIBLE;
KOONCE SECURITIES, LLC; and
FRANKLIN SCOTT KOONCE;

        Defendants.

_____/

**JOINT STATEMENT OF GOOD CAUSE**
**AND MOTION TO EXTEND MEDIATION DEADLINE**

Plaintiffs, Alpine Securities Corporation and Scottsdale Capital Advisors ("Plaintiffs"), and Defendants,[1] Atlas Fintech Holdings Corp. ("Atlas") and John Schaible ("Schaible"), submit this statement of good cause in response to the Court's Order to show Cause dated July 15, 2022 [Doc. 31] (the "Order") and move the Court for entry of an order extending the mediation deadline in this case.

---

[1] Defendants, Steven Gribben and Gribben & Associates, Inc. have not appeared or participated in this litigation and therefore are not a party to this document.

This case was originally filed in Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County and was subsequently removed to this Court on December 1, 2020 [Doc. 1]. Following removal, Randall Jones, Vision Financial Markets, LLC, Howard Rothman, David Jarvis, Jarvis Law Group, PLLC, Koonce Securities, LLC, and Franklin Scott Koonce (collectively, the "Arbitration Defendants") moved to compel the matter to arbitration and argued the claims against them should be stayed pending arbitration. [Docs. 10 and 16]. On February 1, 2021, the Court entered an order granting the motions to compel arbitration and staying the proceedings against the Arbitration Defendants. [Doc. 27]. The Court ruled that the proceedings against the remaining defendants would proceed.

On February 12, 2021, the Court entered a Case Management and Scheduling Order [Doc. 29] ("Scheduling Order") setting June 24, 2022 as the deadline for the parties to participate in mediation. On July 15, 2022, the Court entered the Order directing the parties to explain why they failed to participate in mediation by the mediation deadline. The parties submit this statement and motion in response to the Court's Order.

After the Court entered its order on the motions to compel arbitration, Plaintiffs proceeded to litigate their claims in arbitration against the Arbitration Defendants. While the arbitration proceeding progressed, Plaintiffs, Atlas, and Schaible engaged in productive, ongoing settlement discussions. By the time the mediation deadline was approaching, the parties had already made substantial progress in their settlement discussions and were close to a resolution of this case. Based on how far discussions

had progressed at that point, mediation would have provided minimal, if any, additional value and would have been an unnecessary cost for the parties.

The parties recognize that they should have brought these circumstances to the Court's attention in advance of the mediation deadline and sought relief from the mediation deadline, and the parties apologize for failing to do so. However, the parties are now finalizing their terms of their agreement and expect to have a final settlement agreement shortly. Accordingly, the parties respectfully request that the Court enter an order modifying the Scheduling Order by extending the mediation deadline to August 19, 2022 to allow the parties time to finalize their settlement discussions and attend a mediation if, for some unanticipated reason, a settlement is not reached in short order.

Federal Rule of Civil Procedure 16(b) provides that a scheduling order may be modified for good cause and with the judge's consent. Based on the circumstances set forth above, the parties believe they have demonstrated good cause for both a modification of the Scheduling Order and their failure to comply with the original mediation deadline.

WHEREFORE, Plaintiffs, Alpine Securities Corporation ("Alpine"), Scottsdale Capital Advisors ("SCA"), and Defendants, Atlas Fintech Holdings Corp., and John Schaible, respectfully request the Court enter an order modifying the Scheduling Order to the extend the mediation deadline to August 19, 2022, and grant such further relief as the Court deems just and proper.

/s/ Kenneth G. Turkel
Kenneth G. Turkel
Florida Bar No. 867233
E-mail: kturkel@tcb-law.com
Shane B. Vogt
Florida Bar No. 257620
E-mail: svogt@tcb-law.com
TURKEL CUVA BARRIOS, P.A.
100 North Tampa Street, Suite 1900
Tampa, Florida 33602
Tel: (813) 834-9191
Fax: (813) 443-2193
*Attorneys for Plaintiffs*

/s/ Richard E. Fee
Richard E. Fee
Florida Bar No. 813680
Kathleen M. Wade
Florida Bar No. 127965
FEE & JEFFRIES, P.A.
1227 N. Franklin Street
Tampa, Florida 33602
(813) 229-8008
(813) 229-0046 (Facsimile)
Rfee@feejeffries.com
kwade@feejeffries.com
bszabo@feejeffries.com
bmayer@feejeffries.com
*Counsel for Atlas Fintech Holdings Corp. and John Schaible*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of July 2022, the foregoing document was filed with the Court's CM/ECF system, which will send electronic notice to all counsel of record.

/s/ Kenneth G. Turkel
Attorney