UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALPINE SECURITIES CORP.; and
SCOTTSDALE CAPITAL ADVISORS
CORP.,

    Plaintiffs,

v.

RANDALL JONES; VISION FINANCIAL
MARKETS, LLC; HOWARD ROTHMAN;
DAVID JARVIS; JARVIS LAW GROUP
PLLC; STEVEN GRIBBEN; GRIBBEN &
ASSOCIATES, INC.; ATLAS FINTECH
HOLDINGS CORP.; JOHN SCHAIBLE;
KOONCE SECURITIES, LLC; and
FRANKLIN SCOTT KOONCE;

    Defendants.
_____/

Case No: 8:20-cv-2831-T-30JSS

## JOINT NOTICE OF SETTLEMENT

Pursuant to Middle District of Florida Local Rule 3.09, Plaintiffs, Alpine Securities Corporation and Scottsdale Capital Advisors ("Plaintiffs"), and Defendants,[1] Atlas Fintech Holdings Corp. and John Schaible (collectively the "Atlas Defendants"), provide notice to the Court that Plaintiffs and the Atlas Defendants have reached a settlement agreement, and that they are working to finalize the terms of a written agreement. Plaintiffs and the Atlas Defendants anticipate finalizing the

---

[1] Defendants, Steven Gribben and Gribben & Associates, Inc. have not appeared or participated in this litigation and therefore are not a party to this document.

written agreement within the next 30 days, at which point Plaintiffs will file a notice of dismissal as to the Atlas Defendants.

<table>
<tr><td>

*/s/ Kenneth G. Turkel*
Kenneth G. Turkel
Florida Bar No. 867233
E-mail: kturkel@tcb-law.com
Shane B. Vogt
Florida Bar No. 257620
E-mail: svogt@tcb-law.com
TURKEL CUVA BARRIOS, P.A.
100 North Tampa Street, Suite 1900
Tampa, Florida 33602
Tel: (813) 834-9191
Fax: (813) 443-2193
*Attorneys for Plaintiffs*

</td><td>

*/s/ Richard E. Fee*
Richard E. Fee
Florida Bar No. 813680
Kathleen M. Wade
Florida Bar No. 127965
FEE & JEFFRIES, P.A.
1227 N. Franklin Street
Tampa, Florida 33602
(813) 229-8008
(813) 229-0046 (Facsimile)
Rfee@feejeffries.com
kwade@feejeffries.com
bszabo@feejeffries.com
bmayer@feejeffries.com
*Counsel for Atlas Fintech Holdings Corp. and John Schaible*

</td></tr>
</table>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of September 2022, the foregoing document was filed with the Court's CM/ECF system, which will send electronic notice to all counsel of record.

*/s/ Kenneth G. Turkel*
Attorney