UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALPINE SECURITIES CORPORATION
and SCOTTSDALE CAPITAL
ADVISORS CORPORATION,

    Plaintiffs,

v.                                                Case No: 8:20-cv-2831-JSM-JSS

RANDALL JONES, VISION
FINANCIAL MARKETS, LLC,
HOWARD ROTHMAN, DAVID
JARVIS, JARVIS LAW GROUP PLLC,
STEVEN GRIBBEN, GRIBBEN &
ASSOCIATES, INC., KOONCE
SECURITIES LLC and FRANKLIN
SCOTT KOONCE,

    Defendants.
_____

## ORDER TO SHOW CAUSE

THIS CAUSE comes before the Court sua sponte. A review of the file reveals that Plaintiffs have failed to serve Defendants Steven Gribben and Gribben & Associates, Inc. within the time permitted by Rule 4(m), Federal Rules of Civil Procedure.

Accordingly, it is ORDERED AND ADJUDGED that Plaintiffs shall within **seven (7) days** from the date of this Order **show cause, in writing,** why this action should not be dismissed for lack of service as to Defendants Steven Gribben and Gribben & Associates, Inc. **Failure to show cause shall result in this action being dismissed as to Defendants Steven Gribben and Gribben & Associates, Inc. without further notice.**

**DONE** and **ORDERED** in Tampa, Florida, this 8th day of November, 2022.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record